# 784 CASES REPORTED WITH BRIEF SYLLABI.

ALICE S. RYTHER, Respondent, v. FLORENCE V. RYTHER, Appellant.— Order affirmed,. with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SARA MUGAVERO, Respondent, v. JOSEPH VENTO, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

KAI GAR CORPORATION, Respondent, v. MATILDA M. MILLER, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ISAAC ADLER, Respondent, v. ROCHESTER HOMEOPATHIC HOSPITAL, Appellant. — Judgment of County Court reversed on the law and facts and judgment of City Court reinstated and affirmed, with costs to appellant in this court and in the County Court, on the ground that questions of fact only were involved and the judgment of the City Court was based on sufficient evidence and was not against the weight of the evidence. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HERBERT J. PFEIL, Respondent, v. MARJORIE K. PFEIL, Appellant.— Interlocutory judgment affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HERBERT J. PFEIL, Respondent, v. MARJORIE K. PFEIL, Appellant.— Order affirmed, without costs of this appeal to. either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THOMAS CUSACK COMPANY, Appellant, v. MAX CORNBLUM, Respondent.— Judgment of Special Term and judgment of City Court reversed on the law and facts, with costs in all courts to the appellant, and judgment directed for plaintiff for the sum of $140 and interest, on the ground that as to the first cause of action the undisputed evidence shows complete performance by the plaintiff, the recovery, however, being limited to $100, the amount demanded in the complaint; and that as to the second cause of action, the evidence shows performance by the plaintiff for six months only and default by defendant after four months, leaving $40 owing and unpaid by defendant. . All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

SARAH SHEARMAN, as Administratrix, etc., of CHARLES SHEARMAN, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

THOMAS MATHEWS, Respondent, v. BARNEY ABELSON and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

ARTHUR A. HOOKS, Respondent, v. SAM J. WOLFE, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

STANDARD OIL COMPANY OF NEW YORK, Appellant, v. AL G. IRR, Respondent, Impleaded with Another, Defendant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis and Taylor, JJ.

JOSEPH SGROI, as Administrator, etc., of VINCENT SGROI, Deceased, Respondent, v. DOMINICK PINGITORE and Others, Appellants.— Judgment and order